| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Spaulding, Karla R. | U.S. District Court, M.D Fla. | 04/21/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
401 W. Central Boulevard
Suite 5-500
Orlando, Florida 32801-0550

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 04/21/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | June 29-31, 2013 | Boca Raton, Florida | CLE Speaker, Florida Bar Annual Meeting | Mileage, Hotel, Lunch |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 04/21/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Suntrust Bank Accounts | A | Interest | K | T | | | | | |
| 2. TSK Investment Partnership, Ltd. | | None | J | W | | | | | |
| 3. Pentagon Federal Credit Union (Bank Account) | A | Interest | J | T | | | | | |
| 4. USAA Tax-Exempt Money Market USEXX | A | Dividend | J | T | | | | | |
| 5. USAA Money Market -- USAXX | A | Interest | J | T | | | | | |
| 6. USAA Federal Savings Bank -- Bank Account | A | Interest | L | T | | | | | |
| 7. UMAFX USAA Managed Allocation | A | Dividend | L | T | Buy (add'l) | 06/24/13 | K | | |
| 8. DODFX Dodge & Cox Int'l Stock | A | Dividend | | | Sold | 04/19/13 | K | A | |
| 9. SGOIX First Eagle Overseas I | A | Dividend | J | T | Buy (add'l) | 04/19/13 | J | | |
| 10. TGVIX Thornburg Int'l Value I | A | Dividend | | | Sold | 04/16/13 | K | B | |
| 11. USGRX USAA Growth & Income | A | Dividend | M | T | Sold (part) | 07/23/13 | K | C | |
| 12. COHGB6 Boulder Colo Wtr & Swr Rev-C Bond | B | Interest | K | T | | | | | |
| 13. TX5LG7 Corpus Christi Tx Utl Sy Rv Rf Bond | B | Interest | K | T | | | | | |
| 14. NV47WL Clark County NV Sch Dist Rfdg Bond | B | Interest | K | T | | | | | |
| 15. TX8TB4 Washington Cnty Tx Jr. College Dist Rev Comb Fee Bond | A | Interest | K | T | | | | | |
| 16. TX31LP0 Pearland Tx Wtrwks & Swr Sys Rev Ref Bond | A | Interest | K | T | | | | | |
| 17. WA1UY6 Pierce Cnty WA Sch Dist #403 Bethel Ref Bond | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TX3SR4 San Antonio TX Elec & Gas Rev Ref-Sys Bond | B | Interest | K | T | | | | | |
| 19. COPEE4 Eagle Garfield & Routt Cntys Co Sch Dist No Bond | B | Interest | K | T | | | | | |
| 20. AZ5MMB Mesa Ariz Util Sys Rev Bond | B | Interest | K | T | | | | | |
| 21. WA0FU3 Gray's Harbor Cnty WA Sch Dist 005 Aberdeen Bond | A | Interest | | | Matured | 12/02/13 | K | | |
| 22. NC0YQ4 Univ NC Sys Pool Rev Rfdg Asheville/Wilmington Bond | A | Interest | | | Matured | 10/01/13 | K | | |
| 23. TX7D34 Univ Tex Unv Rev Rf-06D Bond | B | Interest | K | T | | | | | |
| 24. EFA iShares TR MSCI EAFE IDX | A | Dividend | J | T | Sold (part) | 04/16/13 | J | A | |
| 25. | | | | | Buy (add'l) | 08/16/13 | J | | |
| 26. | | | | | Buy (add'l) | 11/12/13 | J | | |
| 27. VWO Vanguard Emerging Mkts Vipers | A | Dividend | J | T | Sold (part) | 06/26/13 | J | | |
| 28. Houston Tx Ref-Pub Imp-Ser A Bond | B | Interest | K | T | | | | | |
| 29. Dallas Cnty Tx Cmnty College Dist Rfdg Bond | A | Interest | K | T | | | | | |
| 30. VIG Vanguard Dividend Appreciation ETF | A | Dividend | | | Sold | 04/16/13 | J | | |
| 31. TFI SPDR Series Barclays Municipal Bond ETF | A | Dividend | J | T | Buy (add'l) | 07/23/13 | J | | |
| 32. | | | | | Sold (part) | 11/12/13 | J | | |
| 33. MUB iShares National Amt-Free Muni Bond ETF | A | Dividend | J | T | Buy (add'l) | 07/25/13 | J | | |
| 34. | | | | | Sold (part) | 11/15/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DXJ Wisdomtree Trust JP Total Dividend Fund | | None | | | Sold | 04/19/13 | J | A | |
| 36. LKSMX LKCM Small-Mid Cap Equity Institutional Fund | | None | J | T | Sold (part) | 08/29/13 | J | A | |
| 37. | | | | | Sold (part) | 12/14/13 | J | A | |
| 38. USSTX USAA Tax Exempt Short Term | A | Dividend | J | T | Buy (add'l) | 01/14/13 | J | | |
| 39. | | | | | Buy (add'l) | 08/05/13 | J | | |
| 40. | | | | | Buy (add'l) | 09/26/13 | J | | |
| 41. | | | | | Sold (part) | 12/14/13 | K | | |
| 42. HNVIX Heartland Value Plus Instl | B | Dividend | J | T | Sold (part) | 12/23/13 | J | A | |
| 43. HWSIX Hotchkiss & Wiley FDS S Cap Val CL I | A | Dividend | J | T | Sold (part) | 08/29/13 | J | A | |
| 44. GLD SPDR Gold Trust | | None | J | T | Sold (part) | 04/19/13 | J | | |
| 45. | | | | | Sold (part) | 05/29/13 | J | | |
| 46. MDY SPDR S&P Mid Cap 400 EFT Trust | A | Dividend | | | Sold | 04/19/13 | J | A | |
| 47. EZU iShares Inc. MSCI EMU Index | A | Dividend | | | Sold | 04/19/13 | J | A | |
| 48. UIEMX USAA Emerging Markets Fund Institutional Shares | A | Dividend | K | T | Sold (part) | 04/18/13 | J | | |
| 49. | | | | | Buy (add'l) | 06/24/13 | J | | |
| 50. UIGRX USAA Growth Fund Institutional Shares | A | Dividend | L | T | Sold (part) | 06/24/13 | K | C | |
| 51. UIINX USAA Income Fund Institutional Shares | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 04/21/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. UIISX USAA Inocme Stock Fund Institutonal Shares | A | Dividend | L | T | Sold (part) | 06/24/13 | J | B | |
| 53. UIITX USAA Intermediate-Term Bond Fund Institutional Shares | C | Dividend | L | T | Sold (part) | 06/24/13 | J | A | |
| 54. UIIFX USAA International Fund Institutional Shares | A | Dividend | L | T | Buy (add'l) | 06/24/13 | J | | |
| 55. UIPMX USAA Precious Metals & Minerals Fund Inst'l Shares | A | Dividend | J | T | Sold (part) | 04/17/13 | J | A | |
| 56. | | | | | Sold (part) | 06/24/13 | J | | |
| 57. UISBX USAA Short-Term Bond Fund Institutional Shares | B | Dividend | M | T | Buy (add'l) | 06/24/13 | J | | |
| 58. UISCX USAA Small Cap Stock Fund Institutionals Shares | B | Dividend | K | T | Sold (part) | 06/24/13 | J | B | |
| 59. UIRRX USAA Real Return Institutionall Shares | B | Dividend | J | T | | | | | |
| 60. UIHIX USAA High Income Fund Institutional Shares | B | Dividend | K | T | Sold (part) | 06/24/13 | J | A | |
| 61. ABEYX American Beacon Int'l Equity-Y | A | Dividend | K | T | Buy | 04/19/13 | K | | |
| 62. | | | | | Sold (part) | 12/24/13 | J | A | |
| 63. HLMIX Harding Loevner Intl Equity Portfolio Fund Class Inst | A | Dividend | K | T | Buy | 04/19/13 | K | | |
| 64. | | | | | Sold (part) | 12/24/13 | J | A | |
| 65. LISIX Lazard Intl Strategic Equity Portfolio Fund Class Inst | A | Dividend | K | T | Buy | 04/19/13 | K | | |
| 66. | | | | | Sold (part) | 12/24/13 | J | A | |
| 67. SEMNXSchroeder Emerging Market Equity Inv | A | Dividend | J | T | Buy | 04/18/13 | J | | |
| 68. IWD iShares Russell 1000 Value ETF | A | Dividend | J | T | Buy | 04/19/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IWN iShares Russell 2000 Value ETF | A | Dividend | J | T | Buy | 04/19/13 | J | | |
| 70. DGS Wisdomtree Trust Emg Mkts Sm Cap | A | Dividend | J | T | Buy | 07/01/13 | J | | |
| 71. AustinTx Cmnty Clg Dist Pub Fac Corp 5% 8/1/27 Lease (Appro | | None | K | T | Buy | 10/10/13 | K | | |
| 72. Omaha NE Public Pwr Dist Ref Ser A 5% 2/1/25 Multi Oblgs | | None | K | T | Buy | 12/27/13 | K | | |
| 73. Pennsylvania St 1st Ser 5% 6/1/24 | | None | K | T | Buy | 12/26/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 04/21/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Line 4 Corrected symbol for fund. Fund did not change.

Part VII - Line 5 Corrected symbol for fund. Fund did not change.

Part VII - Line 33  Name of fund changed. Fund did not change.

Part VII - Line 50. Corrected symbol for fund. Fund did not change.

| Name of Person Reporting | Date of Report |
|---|---|
| Spaulding, Karla R. | 04/21/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karla R. Spaulding**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544